JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Marcio Costa    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Marcino"

Address: (City & State) Malden, MA

Birth date (Yr only): 1990   SSN (last4#): 5189   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Thomas Butters    Address _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Michael Crowley/Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 04/25/2019

☑ Already in Federal Custody as of 04/25/2019 in Donald W. Wyatt Detention
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Marcio Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 6 | 18 U.S.C. § 924(d)(1) | Drug Forfeiture | |
| Set 7 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 8 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≋JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:** ____  **Category No.** II ____  **Investigating Agency** ATF/HSI

**City** Boston ____  **Related Case Information:**

**County** Plymouth ____  Superseding Ind./ Inf. ____  **Case No.** 19-MJ-6290-MPK
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number  19-6142,6143,6242,6243- MPK
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name   Joao Pedro Marques Guimares Gama    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name   "Bahianinho"

Address   (City & State)  Malden, MA

Birth date (Yr only): 1998   SSN (last4#): ____   Sex  M    Race: ____   Nationality: ____

**Defense Counsel if known:**   Vivianne E. Jeruchim    **Address**  50 Congress Street Suite 615

**Bar Number** ____                                                Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran    Bar Number if applicable ____

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect:   Portuguese

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date**   04/25/2019

☑ Already in Federal Custody as of   04/25/2019   in   Donald W. Wyatt Detention .
☐ Already in State Custody at ____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/5/19        Signature of AUSA: ____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**   Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | 6 |
| Set 6 | 18 USC § 1963(a) | RICO Forfeiture | |
| Set 7 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 8 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 9 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Edson DaSilva    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Whitman, MA

Birth date (Yr only): 2000   SSN (last4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** David J. Apfel    Address: 100 Northern Avenue

**Bar Number** _____    Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Michael Crowley/Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Middlesex House of Correctio ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Edson DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963 (a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth    Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Breno Henrique DaSilva    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Somerville, MA

Birth date (Yr only): 1998   SSN (last4#): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** Leonard E. Milligan, III    Address 50 Congress Street Suite 600

**Bar Number** _____    Boston, MA 02109

### U.S. Attorney Information:

**AUSA** Michael Crowley/Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 04/25/2019

☑ Already in Federal Custody as of 04/25/2019 in Donald W. Wyatt Detention
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Breno Henrique DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Alvaro Dos Santos Melo    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Everett, MA

Birth date (Yr only): 1996   SSN (last4#): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** Scott P. Lopez    Address: 88 Black Flacon Avenue Suite 345

**Bar Number:** _____    Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Michael Crowley/Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 04/25/2019

☑ Already in Federal Custody as of 04/25/2019 in Donald W. Wyatt Detention
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Alvaro Dos Santos Melo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

☜JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth    Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Vinicius Goncalves de Assis    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    (City & State)

Birth date (Yr only): 1997    SSN (last4#): _____    Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:**    Mark D. Smith    Address 101 Federal Street, Suite 650

**Bar Number** _____    Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**    Michael Crowley/Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect:    Portuguese

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Middlesex House of Correctio ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Vinicius Goncalves de Assis

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2  18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Igor Costa/    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Framingham, MA

Birth date (Yr only): 1998    SSN (last4#): 8240    Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:** Inga S. Bernstein    Address: 65 Atlantic Avenue

**Bar Number** _____    Boston, MA 02110

**U.S. Attorney Information:**

**AUSA** Michael Crowley/ Timothy Moran    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Norfolk County Sheriffs    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/19    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Igor Costa

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**